IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>KELLI S. TROKIE<br><br>                Debtor(s)<br><br>KELLI S. TROKIE<br><br>                Plaintiff(s)<br><br>v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, as Trustee of the IGSC Series II Trust, SN SERVICING CORPORATION, TUCKER ARENSBERG, PC, BRETT A. SOLOMON, MICHAEL C. MAZACK, KEVIN L. HALL, AND KENNETH J. MCDERMOTT.<br><br>                Defendant(s) | Chapter: 13<br>Case Number: 1:15-bk-05003-RNO<br><br>Adversary Number: 1:18-ap-00018-RNO<br><br>Document No.: 7, 8<br><br>Nature of<br>Proceeding: Motions to Dismiss Adversary Proceeding |

## JUDGMENT

After due consideration of the Motion to Dismiss Adversary Proceeding filed by the Defendants, Tucker Arensberg, PC, Brett A. Solomon, Michael C. Mazack, Kevin L. Hall, and Kenneth J. McDermott ("TAPC Defendants"), and after due consideration of the Motion to Dismiss Adversary Proceeding filed by the Defendants, U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust and SN Servicing Corporation ("US Bank and SN Servicing Defendants"), after hearing held on July 26, 2018, it is

ORDERED that the Motion to Dismiss filed by the TAPC Defendants is GRANTED and Count I of the Complaint is dismissed with prejudice; and,

FURTHER ORDERED that the Motion to Dismiss filed by the US Bank and SN Servicing Defendants is GRANTED and Count I of the Complaint is dismissed with prejudice; and,

1

FURTHER ORDERED that the Motion to Dismiss filed by the TAPC Defendants is GRANTED and Count II of the Complaint is dismissed without prejudice and Debtor/Plaintiff is granted twenty-one (21) days leave to file an amended conforming complaint; and,

FURTHER ORDERED that the Motion to Dismiss filed by the US Bank and SN Servicing Defendants is DENIED as to Count II of the Complaint; and,

FURTHER ORDERED that the Motion to Dismiss filed by the US Bank and SN Servicing Defendants as to this Court's lack of subject-matter jurisdiction over Count III of the Complaint is DENIED; and,

FURTHER ORDERED that the Motion to Dismiss filed by the TAPC Defendants is GRANTED and Count III of the Complaint is dismissed without prejudice and Debtor/Plaintiff is granted twenty-one (21) days leave to file an amended conforming complaint; and,

FURTHER ORDERED that in the event that any amended complaint is timely filed, Debtor/Plaintiff shall also file as an exhibit a redlined amended complaint in which any stricken material has been lined through and any new material has been inserted and set forth in different colored or bold-faced type; and,

FURTHER ORDERED that in the event an amended complaint is timely filed, each of the Defendants shall file a response thereto within twenty-one (21) days after service of the amended complaint.

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)

October 5, 2018

2

Case 1:18-ap-00018-HWV    Doc 19    Filed 10/05/18    Entered 10/05/18 11:09:41    Desc
Main Document    Page 2 of 2